

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellee's brief is currently due June 19, 2015, per this court's prior order. As set forth in the attorney's motion to withdraw, counsel provided appellee with a copy of the motion to withdraw from representation at the last known address provided by appellee. We rendered an order granting the motion to withdraw and sent a copy of that order to appellee at the last known address provided by his attorney. In that order, in addition to granting the motion to withdraw, we set the date of June 19, 2015, as the due date for appellee's brief. That order was returned to the court as undeliverable, and appellee's former attorney has advised this court that the motion to withdraw, which was sent to appellee at his last known address by certified mail, return receipt requested, was apparently never received.

Parties have a duty to keep the court and other parties apprised of their correct and current address. *See, e.g., Harrison v. Harrison*, 363 S.W.3d at 859, 864 (Tex. App.—Houston [14th Dist.] 2012, no pet.); *see also* Tex. R. Civ. P. 21a. Accordingly, we **ORDER** appellee to provide this court with a copy of his current address in writing on or before **June 25, 2015**. We are sending this order to appellee at the last known address provided by his attorney as well as to the post office box of appellee's sister, an address also provided by appellee's counsel. Appellee is advised that if he does not timely respond to this order, we will submit this matter without the benefit of an appellee's brief.

We **order** the clerk of this court to serve a copy of this order on appellee at the addresses provided by his former attorney. We further **order** the clerk of this court to serve a copy of this order on appellant and appellee's former counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court